437 A.2d 1016

Cooper v. Western Penna. National Bank, Appellant.

Reargument Denied Dec. 10, 1981.

Petition for Allowance of Appeal Denied Jan. 26, 1982.

Argued April 14, 1980. Burton D. Morris, for appellant; Thomas L. Cooper, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment affirmed.

435 A.2d 1308

Harper et al. v. Bank et al., Appellants.

Argued April 15, 1981. Gary F. Selway, for appellants; Mary Ann Rapp Durkin, for appellees.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

Order affirmed.